# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 6:04-CR-004-001 (HL) |
| **GREGORY GLENN,** : | |
| : | |
| Defendant. : | |

_____

## ORDER

On April 10, 2008, Defendant Gregory Glenn filed a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18 U.S.C. § 3582 (Doc. 48). An Amended Motion was filed on October 23, 2008 (Doc. 50).

The United States Attorney is directed to file a response to the Motion and Amended Motion no later than November 2, 2009.

**SO ORDERED**, this the 5th day of October, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh